

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00027-CV

ELFREDA ALLEN                                                      APPELLANT

V.

CITIMORTGAGE, INC.                                                  APPELLEE

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

**ORDER**

------------

The court has been notified that a petition for bankruptcy has been filed by Elfreda Allen on March 8, 2013, in the United States Bankruptcy Court, Northern District of Texas, Cause No. 13-41125-rfn7. Accordingly, this appeal is suspended. *See* Tex. R. App. P. 8.2.

For administrative purposes, this cause is **STAYED** and will be treated as a closed case. It may be reinstated on prompt motion by any party pursuant to

rule 8.3(a).  *See* Tex. R. App. P. 8.3(a).  Such motion shall also specify what further action, if any, is required from this court upon reinstatement of the appeal.

The clerk of this court is directed to transmit a copy of this order to the appellant and the attorney of record for the appellee, the trial court judge, and the trial court clerk.

DATED March 25, 2013.

PER CURIAM